UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No: 10-CV-80815-RYSKAMP/WHITE

JORGE MENDEZ ROJAS

    Movant,

v.

UNITED STATES OF AMERICA

    Respondent.

_____/

## ORDER ADOPTING REPORT AND CLOSING CASE

**THIS CAUSE** comes before the Court on the report of United States Magistrate Judge Patrick A. White **[DE 17]** entered on March 21, 2011. No objections were filed and the time to do so has expired.

Pending before Magistrate Judge White was movant Jorge Mendez Rojas's motion to vacate pursuant to 28 U.S.C. § 2255 filed on June 23, 2010 and the movant's amended motion to vacate filed on September 13, 2010. In his report, Magistrate Judge White recommends that movant's motion to vacate be dismissed as time-barred and that the case be closed.

The Court has conducted a *de novo* review of the report, applicable law, and pertinent portions of the record. The Court finds Judge White's report to be well-reasoned and correct. Accordingly, it is hereby

1

**ORDERED AND ADJUDGED** that

(1) The report of United States Magistrate Judge Patrick A. White **[DE 17]** be, and the same hereby is **RATIFIED, AFFIRMED** and **APPROVED** in its entirety;

(2) Movant Jorge Mendez Rojas's motion to vacate **[DE 1]** and amended motion to vacate **[DE 9]** are **DENIED** as time-barred;

(3) Any pending motions are **DENIED AS MOOT**; and

(4) The Clerk of Court is directed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 18 day of April, 2011.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE